U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

JUL 2 1 2016

TONY R. MOORE, CLERK
BY: _____
DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

LANCE KENDALL WHITEHEAD      :      CIVIL ACTION NO. 2:15-cv-2096
     DOC #366854      SECTION P

VERSUS      :      JUDGE TRIMBLE

VERNON PARISH CORRECTIONAL
FACILITY, ET AL      :      MAGISTRATE JUDGE KAY

## JUDGMENT

There being no objection to the proposed findings of fact and conclusions of law in the Report and Recommendation of the Magistrate Judge previously filed herein, these findings and conclusions are accepted. Alternatively, this court concludes that the proposed findings and conclusions are entirely correct.

Accordingly,

**IT IS ORDERED** that the plaintiff's civil rights claims be and hereby are **DENIED** and **DISMISSED WITH PREJUDICE** as frivolous and for failing to state a claim upon which relief can be granted in accordance with the provisions of 28 U.S.C. § § 1915(e)(2)(B)(i) and (ii).

**IT IS FURTHER ORDERED** that the Clerk shall provide a copy of this order by regular mail, facsimile transmission, or e-mail to: (1) the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas, 75702, Attention: Keeper of the Three Strikes List.

Lake Charles, Louisiana, this 21st day of July, 2016.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE